BERNARD MCSWEENEY, an Infant, by BERNARD E. MCSWEENEY and Another, His Guardians ad Litem, Respondent, v. UNION RAILWAY COMPANY OF THE CITY OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of the Probate of the Last Will and Testament of FRANCIS H. Ross, Deceased. EDWIN Ross and Others, Appellants; ANDREW J. EWALD and Another, Executors, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM KEYS.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ANNIE SCHALL v. S. MONDAY & SONS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

CHARLES SCHALL, an Infant, etc., v. S. MONDAY & SONS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MARGARET CURRAN, as Administratrix, etc., v. OLD DOMINION STEAMSHIP COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

STANISLAW JANDRUNEWICZ v. CORNWALL KAOLIN COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MARK EPMAN and Others v. ARTHUR M. Cox and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of KNICKERBOCKER LIFE INSURANCE COMPANY. THE PEOPLE OF THE STATE OF NEW YORK v. KNICKERBOCKER LIFE INSURANCE COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

HERBERT BENSON, an Infant, etc., v. HENRY BEHLING.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

CAPITOL WOOLEN COMPANY, INC., v. THOMAS RUBIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure his points to be filed within ten days from service of order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

FIREMEN'S MUTUAL BENEFIT ASSOCIATION OF THE CITY OF NEW YORK v. JAMES D. CLIFFORD.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

DIRK BOER and Others v. MARCELINO GARCIA.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.